UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| v. § | Case No. 4:22-MJ-02082 |
| § | |
| **TIFFANI SHEA GISH,** § | |
| **Defendant.** § | |

**PROPOSED ORDER**

Having considered the United States' Motion for Competency Examination and Hearing, as well as any materials presented in opposition thereto, **IT IS HEREBY ORDERED** that the motion be, and hereby is, **GRANTED**.

The Court finds that there is reasonable cause to believe that a mental competency examination is warranted. It is **ORDERED** that the defendant be committed to the custody of the Attorney General of the United States pursuant to 18 U.S.C. Section 4247(b) for a period not to exceed 30 days for placement in a suitable facility for a competency examination. The examination shall be conducted by a licensed or certified psychiatrist and/or psychologist, or more than one such examiner. A report shall be prepared by the examiner, and shall be filed under seal with the Court with copies provided to counsel for the defendant and to the attorney for the government. The report shall include:

(1) The defendant's history and any present mental health symptoms relevant to his legal competency;

(2) A description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) The examiner's findings;

(4) The examiner's opinions as to diagnosis and prognosis; and

(5) Whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

It is also **ORDERED** that the United States Marshal shall transport the defendant to a designated facility for the examination.

Signed this \_\_\_\_\_ day of _____, 2022

_____
The Honorable Peter Bray
United States Magistrate Judge