UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Case Number: 4:22–mj–02082

Tiffani Shea Gish

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Tiffani Shea Gish as set forth below.**

**Before the Honorable Peter Bray**

**PLACE:**
Courtroom 703
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 9/21/2022

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Motion for Miscellaneous Relief – #9

Date: September 12, 2022                                                             Nathan Ochsner, Clerk